Alex R. BELLEHUMEUR,
Plaintiff–Appellant,

v.

Carl LEKAVICH and Ideal Design Sports, Inc., Defendants–
Appellees.

No. 02–1190.

United States Court of Appeals,
Federal Circuit.

Feb. 11, 2003.

ON MOTION

MICHEL, Circuit Judge.

*ORDER*

Upon consideration of Alex R. Bellehumeur's unopposed motion to dismiss his appeal,[*]

IT IS ORDERED THAT:

(1) The motion is granted.

(2) Each side shall bear its own costs.

LEINER HEALTH PRODUCTS INC.
and Leiner Health Services
Corp., Appellants,

v.

MAGNO–HUMPHRIES LAGS,
INC., Appellee.

No. 02–1397.

United States Court of Appeals,
Federal Circuit.

Feb. 12, 2003.

Before NEWMAN, SCHALL, and DYK, Circuit Judges.

JUDGMENT

PER CURIAM.

This CAUSE having been heard and considered, it is ORDERED and ADJUDGED: *AFFIRMED. See* Fed. Cir. R. 36

---

[*] It is not the practice of this court to designate    dismissals as being with or without prejudice.